IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LEE JASPAR, | No. CIV S-06-1797 MCE EFB P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| MOORS, | |
| Defendant. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

   On September 27, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Both parties have filed objections to the findings and recommendations.

///

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a de novo review of this case. Having carefully reviewed the
3  entire file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed September 27, 2007, are adopted in
7  full;
8  2. Defendant Moors' Rule 12(b)(6) motion to dismiss is denied; and
9  3. Defendant is directed to file an answer within twenty days.

Dated: December 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE