1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MATTHEW LEE JASPAR,

11              Plaintiff,                    No. CIV S-06-1797 MCE EFB P

12        vs.

13   J. WINTERS, et al.,

14              Defendants.                   <u>ORDER</u>

15   _____/

16        Plaintiff is a prisoner without counsel suing for alleged civil rights violations.  *See* 42

17   U.S.C. § 1983.  On September 2, 2008, the court recommended that defendant Moors' motion to

18   dismiss, construed as a motion for partial summary judgment, be granted and that plaintiff's

19   November 2003 claim be dismissed for failure to exhaust.  The court gave the parties fourteen

20   days in which to file objections to the findings and recommendations.  On September 22, 2008,

21   plaintiff filed a request for an extension of time to file and serve objections, stating that he is

22   unable to access the law library due to an institutional lockdown, the duration of which is

23   uncertain.  *See* Fed. R. Civ. P. 6(b).  The request does not explain what plaintiff has done thus far

24   to draft and file objections or what the basis of any objections might be.

25        As discussed in the findings and recommendations, plaintiff has conceded that he did not

26   intend to raise the November 2003 conduct as a claim for relief in this action.  Plaintiff explained

1

in his opposition brief that his complaint references the November 2003 conduct only because it is related to his claim of retaliation in 2005.  Plaintiff further conceded that if he had raised a claim for relief based on the November 2003 conduct, he failed to exhaust such a claim.  Given these concessions, any objections to the dismissal of plaintiff's November 2003 claim would be futile.  Plaintiff has represented to the court that the November 2003 claim is not a part of his case.  Accordingly, plaintiff's request for an extension of time is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 22, 2008, request for extension of time to file objections is denied.

So ordered.

DATED:  September 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2