IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LEE JASPAR, | No. 2:06-cv-01797-MCE-EFB P |
| Plaintiff, | |
| vs. | ORDER |
| J. WINTERS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On September 2, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.[1]

---

[1] On September 22, 2008, plaintiff requested an extension of time in which to file objections to the findings and recommendations. For the reasons set forth in the magistrate judge's September 29, 2008 order, that request was denied.

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:

4  1. The findings and recommendations filed September 2, 2008, are adopted in full;

5  2. Defendant Moors' December 24, 2007, motion to dismiss, construed as a motion for
6  partial summary judgment, is granted; and,

7  3. The November 2003 claim is dismissed for failure to exhaust.

Dated:  September 30, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2